**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MAKSYM KHIMICH, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 26-3046 (RBW) |
| MARCO RUBIO, Secretary of State, et al., | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the oral rulings issued at the motion hearing held on September 9, 2026, via teleconference, it is hereby

**ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**. Nothing in this ruling is intended to preclude the plaintiffs from seeking the relief sought in this case in the ongoing case of Medani, et al. v. Trump, et al., No. 26-cv-6332 (N.D. Cal.). It is further

**ORDERED** that the case is **CLOSED**.

**SO ORDERED** this 9th day of September, 2026.

REGGIE B. WALTON
United States District Judge